**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cresencio CARDOZA–LIRA,**
**Defendant–Appellant.**

**No. 04–10580.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 21, 2004.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, Dallas, TX, for Plaintiff–Appellee.

Carlos R. Cardona, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Cresencio Cardoza–Lira concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.